

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00059-CV

Harry Jay **SISKIND**,
Appellant

v.

Patricia Ann **SISKIND**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-07505
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

SIGNED April 17, 2013.

_____
Karen Angelini, Justice